Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

Catherine E. Maxson (CA State Bar No. 187509)
DAVIS WRIGHT TREMAINE LLP
2600 Century Square, 1501 Fourth Avenue
Seattle, Washington, 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
Email: catherinemaxson@dwt.com

Attorneys for Defendants Identity Arts LLC

*Submitting Counsel are directed to serve this order upon all other parties in this action*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., et al., <br><br> Defendants. | Case No. C 06-01631 SI <br><br> **STIPULATED SCHEDULE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANT IDENTITY ARTS LLC TO RESPOND THERETO** <br><br> Judge: Hon. Susan Illston |

Plaintiff Gee Jeffery & Partners Advertising, Inc. and defendant Identity Arts LLC, through their undersigned counsel, stipulate pursuant to Civil L.R. 6-1(a) to the following schedule regarding the time by which plaintiff shall file an amended complaint and defendant shall respond thereto:

Plaintiff shall file its First Amended Complaint on or before April 21, 2006.

Defendant shall respond to the First Amended Complaint on or before May 22, 2006.

Dated: April 4, 2006

| DERGOSITS & NOAH LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Michael Dergosits | By: /s/ Thomas R. Burke |
| Michael Dergosits | Thomas R. Burke |
| Four Embarcadero Center, Suite 1450 | One Embarcadero Center, Suite 600 |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Phone: (415) 705-6381 | Phone: (415) 276-6500 |
| Attorneys for Gee Jeffery & Partners Advertising, Inc. | Attorneys for Identity Arts LLC |

IT IS SO ORDERED

/s/ Susan Illston
Susan Illston, Judge

4/4/06
Date

# Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is One Embarcadero Center, Suite 600 San Francisco, California 94111.

I caused to be served the following document:

**STIPULATED SCHEDULE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANT IDENTITY ARTS LLC TO RESPOND THERETO**

I caused the above document (s) to be served on each person on the attached list by the following means:

[X]  I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **April 4, 2006**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[ ]  I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[ ]  I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

[ ]  I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **April 4, 2006**, at San Francisco, California.

_____
Natasha Majorko

Case No. 06-01631 SI
PROOF OF SERVICE

# Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

[ M ] David Yael Atlas
Francis X. Dehn
Smith Dornan & Dehn PC
110 East 42nd Street, Suite 1303
New York, New York, 10017

Telephone: (212) 370-5316
Facsimile: (212) 370-5317

Attorneys for Plaintiff
GEE JEFFEREY & PARTNERS ADVERTISING, INC.

[ M ] Michael E. Dergosits
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111

Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Email: mdergosits@dergnoah.com

Attorneys for Plaintiff
GEE JEFFEREY & PARTNERS ADVERTISING, INC.

Case No. 06-01631 SI
PROOF OF SERVICE