| | |
|---|---|
| 1 | Michael E. Dergosits (SBN 118206) |
|  | DERGOSITS & NOAH LLP |
| 2 | Four Embarcadero Center, Suite 1450 |
|  | San Francisco, California 94111 |
| 3 | Telephone: (415) 705-6377 |
|  | Facsimile:   (415) 705-6383 |
| 4 | mdergosits@dergnoah.com |
| 5 | Attorneys for GEE JEFFERY & PARTNERS ADVERTISING, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IDENTITY ARTS, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., a Minnesota corporation, BEST BUY CO., INC., a Minnesota corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.: C-05-04656-PJH<br><br>[~~PROPOSED~~] ORDER ON JOINT MOTION TO CONSOLIDATE CASES<br><br>Judge: Hon. Phyllis J. Hamilton |

The joint motion of all parties in the above entitled action ("Best Buy Action I"), and in the action captioned GEE JEFFERY & PARTNERS ADVERTISING, INC. v. BEST BUY CO., INC., IDENTITY ARTS LLC, SPRINT CORPORATION, AMC ENTERTAINMENT, INC. and JOHN DOES 1 through 10, Case No. C 06-01631 SI ("Best Buy Action II"), having come regularly before this Court, and the Court after considering the moving papers, and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT:

| | |
|---|---|
| 1 | |
| 2 | The joint motion to consolidate Best Buy Action I and Best Buy Action II for purposes of discovery and other pretrial proceedings is GRANTED. |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: 4/6/06 |
| 6 | HON_____ILTON |
| 7 | United |
| 8 | |

*[Signature stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*