| | |
|---|---|
| 1 | Robert F. Hinton (SBN 98110) |
| | rfhinton@rkmc.com |
| 2 | Joel D. Covelman (SBN 97500) |
| | jdcovelman@rkmc.com |
| 3 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | 2049 Century Park East, Suite 3700 |
| 4 | Los Angeles, CA  90067-3211 |
| | Telephone:   (310) 552-0130 |
| 5 | Facsimile:   (310) 229-5800 |

E-Filing

Attorneys for Defendant
AMC Entertainment, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFREY & PARTNERS ADVERTISING, INC., | Case No. C 06-01631 PJH |
| | related to |
| Plaintiff, | Case No. C 05-04656 PJH |
| v. | [PROPOSED] ORDER ON NOTICE OF WITHDRAWAL OF ATTORNEYS |
| BEST BUY CO., INC., a Minnesota corporation, IDENTITY ARTS, LLC, a California Limited Liability Company, SPRINT CORPORATION, a Kansas corporation, AMC ENTERTAINMENT INC., a Delaware corporation, DAVID SCOTT JANSSEN, an individual, DAVID BOBROW, an individual, and DOES 1 through 100 inclusive, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LA1 60128532.1

[PROPOSED] ORDER ON NOTICE OF
WITHDRWL OF ATTYS - C 06-01631 PJH

1  The Court hereby approves the withdrawal, as attorneys of record for Defendants Best
2  Buy Co., Inc. and Sprint Corporation, of Robert F. Hinton, Esq. and Joel D. Covelman, Esq. of
3  the law firm of Robins, Kaplan, Miller & Ciresi L.L.P.  Roger Myers, Esq., Rachel Matteo-
4  Boehm, Esq., and Adam Brezine, Esq., all of the law firm of Holme Roberts & Owen L.L.P., who
5  have already appeared on behalf of these two defendants, shall remain attorneys of record.

6  Attorneys Robert F. Hinton and Joel D. Covelman, and the law firm of Robins, Kaplan,
7  Miller & Ciresi L.L.P. shall remain counsel of record for Defendant AMC Entertainment, Inc.

8  It is so ordered.

DATED: 6/29/06          For  /s/ Jeffrey S. White
                             The Honorable Phyllis J. Hamilton
                             United States District Court Judge

LA1 60128532.1                      - 2 -                  [PROPOSED] ORDER ON NOTICE OF
                                                           WITHDRWL OF ATTYS - C 06-01631 PJH