Michael E. Dergosits (SBN 118206)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
mdergosits@dergnoah.com

David Atlas (admitted *pro hac vice*)
Francis X. Dehn (admitted *pro hac vice*)
SMITH DORNAN & DEHN PC
110 East 42nd Street, Suite 1303
New York, New York 10017
Phone (212) 370-5316
Fax (212) 370-5317
fdehn@sddlaw.com
datlas@sddlaw.com

Attorneys for GEE JEFFERY & PARTNERS ADVERTISING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., a Minnesota corporation, IDENTITY ARTS, LLC, a California Limited Liability Company, SPRINT CORPORATION, a Kansas corporation, AMC ENTERTAINMENT INC., a Delaware corporation, DAVID SCOTT JANSSEN, an individual, DAVID BOBROW, an individual, and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO.: C 06-01631 PJH <br><br> Consolidated with <br> CASE NO.: C 05-04656 PJH <br><br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING OF SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT, BREACH OF IMPLIED CONTRACT, AND UNJUST ENRICHMENT |

It is HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

1       IT IS FURTHER STIPULATED THAT all defendants waive notice and service of the
2 Second Amended Complaint.
3       IT IS FURTHER STIPULATED THAT Defendants Best Buy Co., Inc., Best Buy
4 Enterprise Services, Inc., Sprint Corporation, Identity Arts, LLC, AMC Entertainment, Inc.,
5 David Scott Janssen, and David Bobrow shall not be required to respond to the Second Amended
6 Complaint, and that all denials, responses, and affirmative defenses contained in the Answer
7 and/or First Amended Answer filed by Defendants Best Buy Co., Inc., Sprint Corporation,
8 Identity Arts, LLC, AMC Entertainment, Inc., David Scott Janssen, and David Bobrow shall be
9 responsive to the Second Amended Complaint.
10       IT IS FURTHER STIPULATED THAT Defendant Best Buy Enterprise Services, Inc. has
11 adopted all denials, responses, and affirmative defenses set forth by Defendant Best Buy Co.,
12 Inc.'s in its First Amended Answer.

Dated: July 19, 2006           DERGOSITS & NOAH LLP

By: _____
Michael E. Dergosits
Attorneys for GEE JEFFERY & PARTNERS

Dated: July 20, 2006           HOLME ROBERTS & OWEN LLP

By: _____
Roger R. Myers
Attorneys for BEST BUY CO., INC., BEST BUY ENTERPRISE SERVICES, INC., and SPRINT CORPORATION

Dated: July 25, 2006           ROBBINS, KAPLAN, MILLER & CIRESI LLP

By: _____
Robert F. Hinton
Attorneys for AMC ENTERTAINMENT, INC.

Dated: July 26, 2006

DAVIS WRIGHT TREMAINE LLP

By: /s/
Thomas R. Burke
Attorneys for IDENTITY ARTS LLC,
DAVID SCOTT JANSSEN, and DAVID
BOBROW

IT IS SO ORDERED.

DATED: 7/31/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDED COMPLAINT
CASE NO.: C 06-01631 PJH

3