Roger Myers (CA State Bar No. 146164)
Rachel Matteo-Boehm (CA State Bar No. 195492)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC.,
BEST BUY CO., INC., and
SPRINT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC.<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. C 06-01631 PJH<br><br>(Related to Case No. C 05-04656 PJH)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER ALLOWING DEFENDANTS TO FILE JOINT REPLY BRIEF IN SUPPORT OF MOTIONS FOR JUDGMENT ON THE PLEADINGS<br><br>Hearing Date:  November 29, 2006<br>Time:  9:00 a.m.<br>Place:  Courtroom 3, 17th Floor |

　　　　Defendants Best Buy Enterprise Services, Inc., Best Buy Co., Inc. (collectively, "Best Buy"), Sprint Corporation ("Sprint"), and AMC Entertainment, Inc. ("AMC"), along with Plaintiff Gee Jeffery & Partners Advertising, Inc. ("GJP"), submit the following stipulation and proposed order:

　　　　1.　　Defendants Best Buy, Sprint, and AMC filed two separate motions for judgment on the pleadings – one on behalf of Best Buy and Sprint, the other on behalf of AMC.  With this Court's permission (and without objection by the Defendants), Plaintiff GJP filed one overlength response to these motions (also including a response to a separate motion filed by Defendants Identity Arts, LLC, David Janssen, and David Bobrow).

1

Stipulation and [Proposed] Order re Joint Reply Brief　　　　　　　　　　　　　　　　　　　　　Case No. C 06-01631 PJH
#26473 v3

2. Because the issues GJP raised in response to the motions filed by Best Buy, Sprint and AMC are similar, Defendants Best Buy, Sprint, and AMC seek to file one joint reply brief in support of their respective motions, not to exceed twenty-five (25) pages in length.

3. Plaintiff GJP agrees to this proposal.

THEREFORE, the undersigned counsel to the parties to this stipulation hereby stipulate and agree that Defendants Best Buy, Sprint, and AMC, may file a joint reply brief in support of their separate motions for judgment on the pleadings, not to exceed twenty-five (25) pages in length.

Respectfully submitted,

Dated: November 6, 2006
HOLME ROBERTS & OWEN LLP
Roger R. Myers
Rachel E. Matteo-Boehm
Adam Brezine

By: /s/
_____
Roger Myers

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC.,
BEST BUY CO., INC., and
SPRINT CORPORATION

Dated: November 6, 2006
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Robert F. Hinton
David Martinez

By: /s/
_____
Robert F. Hinton

Attorneys for Defendant
AMC ENTERTAINMENT, INC.

1  Dated:  November 6, 2006              DERGOSITS & NOAH LLP
                                         Michael E. Dergosits
2                                        Omair M. Farooqui

3

4                                        By:  /s/
                                              _____
5                                             Michael Dergosits

6                                        Attorneys for Plaintiff
7                                        GEE JEFFERY & PARTNERS ADVERTISING, INC.

8

9  SO ORDERED.

10  November  8 , 2006

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA