1  Roger Myers (CA State Bar No. 146164)
2  Rachel Matteo-Boehm (CA State Bar No. 195492)
   Adam Brezine (CA State Bar No. 220852)
3  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
4  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
5  Facsimile:   (415) 268-1999

6
   Attorneys for Defendants
7  BEST BUY ENTERPRISE SERVICES, INC.,
   BEST BUY CO., INC., and
8  SPRINT CORPORATION

9

10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
12

13 | GEE JEFFERY & PARTNERS          | CASE NO. C 06-01631 PJH
   | ADVERTISING, INC.               |
14 |                                 | (Related to Case No. C 05-04656 PJH)
   |         Plaintiff,              |
15 |                                 | **APPLICATION OF BEST BUY
   |    v.                           | DEFENDANTS AND SPRINT
16 |                                 | CORPORATION PERMITTING USE OF
   | BEST BUY ENTERPRISE SERVICES,   | VIDEO PROJECTOR AT NOVEMBER 29,
17 | INC., et al.,                   | 2006 HEARING ON MOTIONS FOR
   |                                 | JUDGMENT ON THE PLEADINGS;
18 |         Defendants.             | [~~PROPOSED~~] ORDER**
19 |                                 |
   |                                 | No Hearing Requested
20

21         Pursuant to General Order No. 58, Defendants Best Buy Enterprise Services, Inc., Best Buy

22  Co., Inc., and Sprint Corporation (collectively, "Defendants") hereby request permission from this

23  Court to use a video projector, connected to either a laptop computer or DVD player, as an audio-

24  visual aid during the November 29, 2006, hearing on Defendants' Motion for Judgment on the

25  Pleadings.

26         Defendants intend to display certain portions of the works at issue in this case, each of which

27  is attached as Ex. A to the Complaint, in support of its Motion, and to rebut the arguments raised by

28  plaintiff in opposition to the Motion. Defendants are informed and believed that other defendants,

                                        1
_____
Application and [Proposed] Order re: Electronic Equipment                    Case No. C 06-01631 PJH
#26389 v2

1  including AMC Entertainment, Inc., may use the equipment for the same reason.  None of the
2  equipment to be used shall have the ability to transmit sound, pictures, or any signal outside the
3  courtroom.

5  Dated:  November 27, 2006            HOLME ROBERTS & OWEN LLP
                                        Roger R. Myers
6                                       Rachel E. Matteo-Boehm
7                                       Adam Brezine

                                        By:    /s/ Roger Myers
9                                              Roger Myers

                                        Attorneys for Defendants
                                        BEST BUY ENTERPRISE SERVICES, INC.,
                                        BEST BUY CO., INC., and
                                        SPRINT CORPORATION

[~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendants Best Buy Enterprise Services, Inc., Best Buy Co., Inc., and Sprint Corporation are permitted to bring electronic equipment, namely a video projector and a laptop computer or DVD player, to the Courtroom on November 29, 2006, for use during the hearing on Defendants' Motion for Judgment on the Pleadings.

Dated: November 27, 2006

IT IS SO ORDERED

Judge Phyllis J. Hamilton