```
1  Michael E. Dergosits (SBN 118206)
   DERGOSITS & NOAH LLP
2  Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone: (415) 705-6377
4  Facsimile:  (415) 705-6383
   mdergosits@dergnoah.com
5  Attorneys for GEE JEFFERY & PARTNERS
   ADVERTISING, INC.
6
7
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY ENTERPRISE SERVICES, INC., et al., <br><br> Defendants. <br><br>——————————————— <br><br> IDENTITY ARTS, a California Limited Liability Company <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., et al., <br><br> Defendants. | CASE NO.: C 06-01631 PJH <br><br> Consolidated for discovery with <br><br> CASE NO.: C 05-04656 PJH <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER DATED JUNE 16, 2006** |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that certain of the dates pertaining to discovery and motion practice set forth in the

Case Management and Pretrial Order herein, dated June 16, 2006, are amended as follows:

| | |
|---|---|
| Last day to serve written discovery: | April 30, 2007 |
| Non-Expert Discovery Cutoff: | May 30, 2007 |
| Identification of Experts: | May 30, 2007 |
| Last day to serve Opening Expert Reports: | June 29, 2007 |
| Last day to serve Rebuttal Expert Reports: | July 30, 2007 |
| Expert Discovery Cutoff: | Sept. 7, 2007 |
| Last Day to File and Serve Dispositive Motions: | Oct. 3, 2007 |

The reason for the above amendments is that the parties believe that additional time will be required to complete fact discovery and, further, that it is not in the parties' interests to begin the costly and time-consuming process of depositions, which are likely to involve dozens of witnesses in several States and in Canada, prior to receipt of the Court's decision on defendants' pending motions for judgment on the pleadings. The proposed amendments will not result in a change to the trial date(s).

The parties further request that the Court vacate the settlement conference date presently scheduled with Magistrate Spero for January 11, 2007. Counsel has contacted Magistrate Spero's Chambers and has been advised to write to the Magistrate's Chambers to request a new date and, thereafter, to coordinate directly with Magistrate's Chambers on scheduling the settlement conference. The reason for this additional request is that the parties believe that the settlement conference will be more productive once it is clear which parties and which claims will proceed in the above actions.

| | |
|---|---|
| DATED: _____, 2006 | Respectfully submitted, |

**DERGOSITS & NOAH LLP**

By: _____/s/_____
     Michael Dergosits

**SMITH DORNAN & DEHN, PC**

By: _____/s/_____
     David Atlas
Attorneys for Plaintiff Gee Jeffery & Partners Advertising, Inc. (in Best Buy II)

**BRADSHAW & ASSOCIATES**

By: _____/s/_____
     Scott A. Freedman
Attorneys for Plaintiff, Identity Arts, LLC (in Best Buy I)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____/s/_____
     Robert F. Hinton
Attorneys for Defendants Best Buy Enterprise Services, Inc. and Best Buy Co., Inc. (in Best Buy I)

Attorneys for Defendant AMC Entertainment Inc. (in Best Buy II).

**DAVIS WRIGHT TREMAINE LLP**

By: _____/s/_____
     Thomas R. Burke
Attorneys for Defendants Identity Arts, LLC, David Bobrow and David Janssen (in Best Buy II)

**HOLME ROBERTS & OWEN LLP**

By: _____/s/_____
     Roger R. Myers

Attorneys for Defendants Best Buy Enterprise Services, Inc., Best Buy Co., Inc. and Sprint Corporation (in Best Buy II)

1  IT IS SO ORDERED.

2  DATED: 12/22/06 , 2006

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California