

Holme Roberts & Owen LLP
*Attorneys at Law*

SAN FRANCISCO

BOULDER

COLORADO SPRINGS

DENVER

LONDON

LOS ANGELES

MUNICH

SALT LAKE CITY

**BY E-FILING**

July 23, 2007

Hon. Phyllis J. Hamilton
United States District Judge
c/o United States District Court Clerk
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Request for 45-Day Continuance of Telephonic CMC
       *Gee Jeffery & Partners Advertising, Inc. v. Best Buy Co., Inc., et al.*,
       No. C-06-1631 (PJH) (Best Buy II), consolidated for discovery with
       *Identity Arts, LLC v. Best Buy Enterprise Services, et al.*, No. C-
       0504656 (PJH) (Best Buy I)

Dear Judge Hamilton:

Pursuant to the Court's May 29 minute order, we write to notify the Court of the status of Best Buy II and to request a further continuance of the telephonic case management conference to allow the parties to continue their ongoing settlement discussions. We write on behalf of our clients, defendants Best Buy Co., Inc., Best Buy Enterprise Services, Inc., and Sprint Corporation, and with the consent of counsel for defendant AMC Entertainment, Inc., and plaintiff Gee Jeffery & Partners Advertising, Inc. ("GJP").

Since the last telephonic CMC, the parties have continued to negotiate toward a resolution and have made progress, but have not yet reached final agreement.

As the parties are continuing to talk and make progress, they respectfully request that the telephonic CMC currently scheduled for this Thursday, July 26, be continued approximately another 45 days. If the parties are unable to reach agreement and a CMC becomes necessary, they will submit suggested revisions to the deadlines proposed in the CMC statement submitted on May 22, 2007.

Respectfully submitted,

*/s/ Adam Brezine*
Adam Brezine

CMC CONTINUED TO
9/6/07 AT 10:00 A.M.

*/s/ Phyllis J. Hamilton*
IT IS SO ORDERED
Judge Phyllis J. Hamilton

7/24/07

cc:   All counsel by E-Filing

Adam Brezine   415.268.1988   adam.brezine@hro.com
560 Mission Street, 25th Floor   San Francisco, California 94105-2994   *tel* 415.268.2000   *fax* 415.268.1999
#31284 v1