Roger Myers (CA State Bar No. 146164)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC.,
BEST BUY CO., INC., and
SPRINT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC.<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. C 06-01631 PJH<br><br>(Related to Case No. C 05-04656 PJH)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER REFERRING PARTIES IN BEST BUY II TO SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Current CMC: Sep. 6, 2007<br>Requested Settlement Conf.: Oct. 17, 2007 |

Defendants Best Buy Enterprise Services, Inc., Best Buy Co., Inc. (collectively, "Best Buy"), Sprint Corporation ("Sprint"), and AMC Entertainment, Inc. ("AMC") (collectively, "Defendants"), along with Plaintiff Gee Jeffery & Partners Advertising, Inc. ("GJP"), submit the following stipulation and proposed order:

1. Following this Court's April 18, 2007 Order granting Defendants' motions for judgment on the pleadings with respect to GJP's copyright claims, the parties have been engaged in active discussions to resolve the entire case. The case management conference in this case has been continued twice to allow those discussions to develop – currently, the case management conference is set for September 6, 2007.

2.	The parties have made progress in their settlement discussions and have now reached the point where they believe it would be helpful to participate in a settlement conference before a Magistrate Judge.  Previously, this Court had referred the parties to Magistrate Judge Spero, but the parties did not conduct a settlement conference because the motions for judgment on the pleadings were still pending.

3.	The parties have confirmed that Magistrate Judge Spero, as well the parties' counsel and principals with settlement authority, are available for a settlement conference in San Francisco on October 17, 2007.

THEREFORE, the undersigned counsel to all parties in this case hereby request that this Court (a) refer the parties to a settlement conference before Magistrate Judge Spero, on October 17, 2007 or as soon thereafter as the conference can be conducted; and (b) continue the case management conference in this case to a date approximately 30 days after the settlement conference.

In accordance with General Order 45(X)(B), counsel for Best Buy and Sprint attests that concurrence in the filing of this stipulation and proposed order has been obtained from counsel for the other parties to this case.

Respectfully submitted,

Dated:  August 30, 2007

HOLME ROBERTS & OWEN LLP
Roger R. Myers
Adam Brezine


By:   /s/ Roger Myers
_____
Roger Myers

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC.,
BEST BUY CO., INC., and
SPRINT CORPORATION

*(signature blocks continued on next page)*

_____
Stipulation and [Proposed] Order re Settlement Conference				Case No. C 06-01631 PJH
#32086 v1

2

1  Dated:  August 30, 2007                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                              Robert F. Hinton
                                              David Martinez

                                       By:   /s/ Robert F. Hinton
                                             _____
                                             Robert F. Hinton

   Dated:  August 30, 2007                    DERGOSITS & NOAH LLP
                                              Michael E. Dergosits


                                       By:   /s/ Michael Dergosits
                                             _____
                                             Michael Dergosits

                                             Attorneys for Plaintiff
                                             GEE JEFFERY & PARTNERS ADVERTISING, INC.
                                             Attorneys for Defendant
                                             AMC ENTERTAINMENT, INC.

   Dated: August 30, 2007
                                             SMITH DORNAN & DEHN
                                             Francis X Dehn
                                             David Atlas

                                       By:   /s/ David Atlas
                                             _____
                                             David Atlas


                                             Attorneys for Plaintiff
                                             GEE JEFFERY & PARTNERS ADVERTISING, INC.

**SO ORDERED.**

_September 4__, 2007

_____

United ...

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Stipulation and [Proposed] Order re Settlement Conference                   Case No. C 06-01631 PJH
#32086 v1