1  Michael E. Dergosits (SBN 118206)
   DERGOSITS & NOAH LLP
2  Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone: (415) 705-6377
4  Facsimile:   (415) 705-6383
   mdergosits@dergnoah.com
5  Attorneys for GEE JEFFERY & PARTNERS
   ADVERTISING, INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  GEE JEFFERY & PARTNERS                    CASE NO.: C 06-01631 PJH
    ADVERTISING, INC.,
12
             Plaintiff,
13
         v.                                  **STIPULATION AND [P**~~ROPOSE~~**D]**
14                                           **ORDER TO ADJOURN THE CASE**
                                             **MANAGEMENT CONFERENCE IN BEST**
15  BEST BUY ENTERPRISE SERVICES,             **BUY II, CURRENTLY SCHEDULED FOR**
    INC., et al.,                            **NOVEMBER 15, 2007, AND TO ALLOW**
16                                           **THE PARTIES TO APPEAR ON THE**
             Defendants.                     **NEW DATE BY TELEPHONE**
17

18

19
       It is HEREBY STIPULATED by and between the parties hereto through their respective
20
   counsel that the Case Management Conference, currently scheduled for November 15, 2007 at
21
   2:30 p.m., be adjourned ten days, or to a date that is otherwise convenient for the Court, and that
22
   counsel for the parties[1] be permitted to participate at the Conference on the adjourned date by
23
   telephone.
24

25

26  [1]    GJP and the Identity Arts Defendants are in the process of attempting to finalize a settlement agreement
       between them in this matter, which is expected to conclude shortly.  For this reason, and because the claims against
27     them in this action were dismissed pursuant to the Court's Order of April 18, 2007, counsel for the Identity Arts
       Defendants did not participate in the prior conference and are not expected to participate in the upcoming adjourned
28     conference unless ordered by the Court to do so.

STIPULATION                                                                CASE NO. C 06-01631 PJH

1    The reason for the above adjournment is that the Court originally scheduled the Case Management Conference when it believed that Judge Spero would be conducting a settlement conference with the parties on October 15, 2007. However, Judge Spero subsequently advised the parties that an unavoidable conflict had arisen that made it impossible for him to meet with the parties on October 15, and that he would not be able to conduct the settlement conference until November 6, 2007. As matters now stand, the parties expect to meet with Judge Spero on November 6, 2007. However, if this action is not settled at the conference or shortly thereafter, the remaining parties will have to meet and confer in order to prepare and submit to the Court a revised Joint Case Management Statement. To do so, the parties respectfully request a brief adjournment of the Case Management Conference.

Further, the Court permitted counsel to participate in prior case management conferences by telephone, and counsel respectfully request that, unless this matter is settled, they again be permitted to appear and participate by telephone at the upcoming case management conference on the new date set by the Court.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD[2].

DATED: October 23, 2007          Respectfully submitted,

**DERGOSITS & NOAH LLP**

By: _____/s/_____
       Michael Dergosits

**SMITH DORNAN & DEHN, PC**

By: _____/s/_____
       David Atlas
Attorneys for Plaintiff Gee Jeffery & Partners Advertising, Inc. (in Best Buy II)

---

[2] Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

STIPULATION                          - 2 -                          CASE NO. C 06-01631 PJH

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/
    Robert F. Hinton
    David Martinez

Attorneys for Defendant AMC Entertainment Inc. (in Best Buy II).


**HOLME ROBERTS & OWEN LLP**

By: /s/
    Roger R. Myers

Attorneys for Defendants Best Buy Enterprise Services, Inc., Best Buy Co., Inc. and Sprint Corporation (in Best Buy II)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/26/07

By: _____
THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION — - 3 - — CASE NO. C 06-01631 PJH