Michael E. Dergosits (SBN 118206)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
mdergosits@dergnoah.com
Attorneys for GEE JEFFERY & PARTNERS
ADVERTISING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY ENTERPRISE SERVICES, INC., et al., <br><br> Defendants. | CASE NO.: C 06-01631 PJH <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

It is HEREBY STIPULATED by and between plaintiff Gee Jeffery & Partners Advertising, Inc. ("GJP") and defendants Identity Arts LLC, David Scott Janssen and David Bobrow (collectively, the "Identity Arts Defendants"), by and through their respective counsel, that this action, as between the undersigned parties, is hereby dismissed with prejudice and without costs or attorneys' fees (each side bearing its own).

STIPULATION                                                                 CASE NOS. C 06-01631

DATED: December 18, 2007

Respectfully submitted,

**DERGOSITS & NOAH LLP**

By: _____/s/_____
    Michael Dergosits
Attorneys for Plaintiff Gee Jeffery & Partners Advertising, Inc.

**SMITH DORNAN & DEHN, PC**

By: _____/s/_____
    David Atlas
Attorneys for Plaintiff Gee Jeffery & Partners Advertising, Inc.

**DAVIS WRIGHT TREMAINE LLP**

By: _____/s/_____
    Thomas R. Burke
Attorneys for Defendants Identity Arts, LLC, David Bobrow and David Janssen

IT IS SO ORDERED.

DATED: __December 19__, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA