

# Holme Roberts & Owen LLP
*Attorneys at Law*

SAN FRANCISCO

BOULDER

COLORADO SPRINGS

DENVER

LONDON

LOS ANGELES

MUNICH

SALT LAKE CITY

**BY E-FILING**

January 23, 2008

Hon. Phyllis J. Hamilton
United States District Judge
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: *Gee Jeffery & Partners Advertising, Inc. v. Best Buy Co., Inc., et al.*,
Case No. C-06-1631 (PJH) (Best Buy II)

Dear Judge Hamilton:

We represent defendants Best Buy Co., Inc., Best Buy Enterprise Services, Inc., and Sprint Corporation in Best Buy II, and write to request a further one week continuance of the telephonic case management conference in this case currently set for tomorrow, January 24, 2008, at 10:00 a.m. For the purposes of this request, we are also writing on behalf of counsel to AMC Entertainment, Inc. and plaintiff Gee Jeffery & Partners Advertising, Inc.

This case has settled, the settlement agreement is fully executed, and the parties are awaiting the performance of certain conditions in the settlement agreement before a stipulation of dismissal is filed. The settlement agreement provides that the stipulation of dismissal will be filed once the conditions are met. Due to unforeseen delays in the performance of the conditions, the parties will not be able to file the stipulation of dismissal in advance of tomorrow's CMC. We are informed that performance of the conditions shall occur no later than the end of this week. We therefore request a one week continuance of the CMC, to January 31, 2008, to allow for the stipulation of dismissal to be filed.

Respectfully submitted,

*/s/ Adam Brezine*
Adam Brezine

Dated: 1/23/08

**IT IS SO ORDERED**
*/s/ Judge Phyllis J. Hamilton*

Adam Brezine 415.268.1988 adam.brezine@hro.com
560 Mission Street, 25th Floor San Francisco, California 94105-2994 tel 415.268.2000 fax 415.268.1999