| | |
|---|---|
| 1 | Michael E. Dergosits (SBN 118206) |
| 2 | DERGOSITS & NOAH LLP |
|   | Four Embarcadero Center, Suite 1450 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 705-6377 |
| 4 | Facsimile: (415) 705-6383 |
|   | mdergosits@dergnoah.com |
| 5 | Attorneys for GEE JEFFERY & PARTNERS |
| 6 | ADVERTISING, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFERY & PARTNERS ADVERTISING, INC., | CASE NO.: C 06-01631 PJH |
| Plaintiff, | |
| v. | |
| BEST BUY ENTERPRISE SERVICES, INC., et al., | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

It is HEREBY STIPULATED by and between plaintiff GEE JEFFERY & PARTNERS ADVERTISING, INC. and defendants BEST BUY ENTERPRISE SERVICES, INC., BEST BUY CO., INC., SPRINT CORPORATION, AMC ENTERTAINMENT INC., by and through their respective counsel, that this action, as between the undersigned parties, is hereby dismissed with prejudice and without costs or attorneys' fees, each side bearing its own, except to the extent that the parties have otherwise agreed to in their settlement agreement.

STIPULATION          CASE NOS. C 06-01631

| | | |
|---|---|---|
| 1 | DATED: January 25, 2008 | Respectfully submitted, |
| 2 | | **DERGOSITS & NOAH LLP** |
| 3 | | |
| 4 | | By: _____/s/_____ <br> Michael Dergosits |
| 5 | | Attorneys for Plaintiff Gee Jeffery & Partners Advertising, Inc. |
| 6 | | **SMITH DORNAN & DEHN, PC** |
| 7 | | |
| 8 | | By: _____/s/_____ <br> David Atlas |
| 9 | | Attorneys for Plaintiff Gee Jeffery & Partners Advertising, Inc. |
| 10 | | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 11 | | |
| 12 | | By:_____/s/_____ <br> Robert F. Hinton |
| 13 | | Attorneys for Defendant AMC Entertainment Inc. |
| 14 | | **HOLME ROBERTS & OWEN LLP** |
| 15 | | |
| 16 | | By:_____/s/_____ <br> Roger R. Myers |
| 17 | | Attorneys for Defendants Best Buy Enterprise Services, Inc., Best Buy Co., Inc. and Sprint Corporation |
| 18 | | |
| 19 | | |
| 20 | IT IS SO ORDERED. | |
| 21 | DATED: January 29, 2008 | |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

STIPULATION — - 2 - — CASE NO. C 06-01631